**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | : | |
|---|---|---|
| **RECKO ELLIS,** | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CASE NO. 7:06-CV-128 (HL) |
| | : | |
| **Captain PEETE, et al,** | : | |
| Defendants | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 24) filed June 27, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objection to the Magistrate Judge's Recommendation was filed within the time allowed.

**SO ORDERED,** this the 23rd day of July, 2007.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**
**United States District Court**